**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE NASH | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| PULASKI COUNTY SPECIAL | * | NO: 4:05CV00685  SWW |
| SCHOOL DISTRICT | * | |
| | * | |
|     Defendant | * | |
| | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF SEPTEMBER, 2006.

          /s/Susan Webber Wright

          UNITED STATES DISTRICT JUDGE